```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION

MYRA HICKS,

               Plaintiff,

vs.                                Case No.   2:07-cv-515-FtM-29DNF

TAZEWELL  COUNTY  SOCIAL  SERVICES,
CRYSTAL  RAMEY,  LORETTA  BALDWIN,
TERESA M. CHAFIN, SHEA COOK, STEPHEN
AREY, JAMES HENDERSON, JIM SHORTT,
SUSAN  HENDERSON,  DOMINICA  ASBURY,
KRISTIE  FERGUSON,  DEBBIE  WHITE,
EDWINNA S. CRAWFORD, JACK ASBURY,
JOHNTHOMPSON, SUSAN ASHFORD, REX
TESTER,  MELINDA  HORNSBY,   DONNA
BELLINI, RICK MITCHELL, BETH YOST,
PATTY CETTIN, GEORGE ALLEN, RICK
BOUCHER, HENRY NICKLES, CATHERINE
GLANCY,  HOMER  C.  MCCOY,  SANDRA
GRAHAM, CLOUD MONROE, WADE COMPTON,
DAVID ALLEN,

               Defendants.
_____
```

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #8), filed October 3, 2007, recommending that the Application to Proceed Without Prepayment of Fees (Doc. #2) be denied; and that the case be dismissed for failure to state a claim, and for failure to comply with the Court's Order (Doc. #6) directing the filing of an Amended Complaint.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation is hereby **adopted** and incorporated herein.

2. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. #2) is **DENIED.**

3.   The case is dismissed without prejudice for failure to state a claim.  The Clerk shall enter judgment accordingly, terminate all pending deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of October, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties